# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| CHET-LEE: WEST, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:19-cv-00107-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| PURPORTED AGENTS OF | ) | |
| SECRETARY OF TREASURY OF | ) | |
| UNITED STATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 12, 2019 Order.

July 12, 2019

_____
Frank G. Johns, Clerk
United States District Court